**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| YISELL JEANINE OSORIO MEJIA, Individually and as Representative of the ESTATE OF MARCOS HUMBERTO VINDEL OSORIO, Deceased; HERNAN OSORIO; WENDY OSORIO; DENIA PEREZ; JORDY JAMIL OSORIO GARCIA; and IRMA ELENA GARCIA, as Next Friend of J.A.V., a Minor Child<br><br>    *Plaintiffs*,<br><br>    v.<br><br>SPIRIT AIRLINES, LLC (f/k/a Spirit Airlines, Inc.),<br><br>    *Defendant.* | CIVIL ACTION NO. 4:26-cv-03266<br><br>Judge George C. Hanks, Jr. |

**SPIRIT AIRLINES, LLC'S SUGGESTION OF BANKRUPTCY
AND AUTOMATIC STAY OF PROCEEDINGS**

Spirit Airlines, LLC ("Spirit") files the following Suggestion of Bankruptcy and Automatic Stay of Proceedings.

1.      On August 29, 2025, Spirit filed a voluntary petition for relief under Chapter 11 of the United States Code, 11 U.S.C. § 101 ("Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court"). A copy of Spirit's voluntary petition is attached hereto as Exhibit A.

2.      Spirit's Chapter 11 case is pending before the Honorable Judge Sean H. Lane in the case captioned *In re Spirit Holdings, Inc.*, Case No. 25-11897-SHL (Bankr. S.D.N.Y.).

3.      Pursuant to Section 362(a) of the Bankruptcy Code, the filing of a voluntary bankruptcy petition operates as a self-effectuating automatic stay protecting Spirit from "the commencement or continuation . . . of a judicial, administrative, or other action or proceeding

1

against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title . . . ." 11 U.S.C. § 362(a)(1).

4.     There has been no order to date granting relief from the automatic stay in the aforementioned bankruptcy action in the Southern District of New York regarding the above-styled matter.

Date: Thursday, July 9, 2026

Respectfully submitted,

*/s/ M. Ross Cunningham*
M. Ross Cunningham
(SDTX Bar No. 34405)
Texas Bar No. 24007062
Stephanie Millet
(SDTX Bar No. 3958839)
Texas Bar No. 00797070
Todd C. Donohue
(SDTX Bar No. 1097836)
Texas Bar No. 24026808
**CUNNINGHAM SWAIM, LLP**
4015 Main Street, Suite 200
Dallas, Texas 75226
Tel: (214) 646-1495
Fax: (214) 613-1163
rcunningham@cunninghamswaim.com
smillett@cunninghamswaim.com
tdonohue@cunninghamswaim.com
**ATTORNEYS FOR DEFENDANT
SPIRIT AIRLINES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2026, a true and correct copy of this Suggestion of Bankruptcy and Automatic Stay of Proceedings has been served via the Court's ECF/CM electronic filing and service platform.

*/s/ M. Ross Cunningham*
M. Ross Cunningham